UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff**
One Beacon Insurance Co a/s/o Applied Building Development of New York, Inc -v-

Combined Energy Services, Inc.
**Defendant**

Case No. 06CV5629

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for See attached _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 7/20/06

Signature of Attorney

Attorney Bar Code: 5388

Form Rule7_1.pdf

07-21-2006  10:32    FROM-                                          T-790  P.001/001  F-903

| Company<br>(Group Code: 1129/Group FEIN: 51-0109776) | NAIC | FEIN | State of Domicile |
|---|---|---|---|
| American Employers' Insurance Company | 20613 | 04-1027270 | MA |
| American Central Insurance Company | 37915 | 04-2672903 | MO |
| Atlantic Specialty Insurance Company | 27154 | 13-3362309 | NY |
| AutoOne Insurance Company<br>(Previously General Assurance Company) | 34460 | 52-1568831 | NY |
| The Camden Fire Insurance Association<br>(Previously CGU Insurance Company of New Jersey) | 21946 | 21-0418860 | NJ |
| The Employers' Fire Insurance Company | 20648 | 04-1288420 | MA |
| Esurance Insurance Company<br>(Previously Tri-State Insurance Company) | 25712 | 73-0486465 | OK |
| Esurance Property & Casualty Insurance Company<br>(Previously General Accident Reinsurance Company) | 30210 | 22-2853625 | CA |
| Farmers' & Merchants' Insurance Company | 25704 | 73-0737194 | OK |
| Homeland Insurance Company of New York<br>(Previously GA Insurance Company of New York) | 34452 | 52-1568827 | NY |
| Homeland Central Insurance Company<br>(Previously Hawkeye Security Insurance Company) | 21741 | 42-0301440 | IA |
| Houston General Insurance Company | 38849 | 75-1728967 | TX |
| Houston General Lloyds | 18643 |  | TX |
| Massachusetts Homeland Insurance Company<br>(Previously CU Homeland Insurance Company) | 40320 | 04-2739739 | MA |
| Midwestern Insurance Company | 19011 | 73-0559507 | OK |
| The Northern Assurance Company of American | 38369 | 04-2974375 | MA |
| OneBeacon Insurance Company<br>(Previously CGU Insurance Company) | 21970 | 23-1502700 | PA |
| OneBeacon America Insurance Company<br>(Previously Commercial Union Insurance Company) | 20621 | 04-2475442 | MA |
| OneBeacon Lloyds of Texas<br>(Previously CU Lloyd's of Texas) | 39489 | 75-1748484 | TX |
| OneBeacon Midwest Insurance Company<br>(Previously Commercial Union Midwest Insurance Company) | 42650 | 04-3131487 | WI |
| Pennsylvania General Insurance Company<br>(Previously General Accident Insurance Company) | 21962 | 23-1471444 | PA |
| P G Insurance Company of New York<br>(Previously CGU Insurance Company of New York) | 34479 | 52-1568829 | NY |
| Potomac Insurance Company | 10238 | 23-2809993 | PA |
| Potomac Insurance Company of Illinois | 40134 | 23-2182777 | IL |
| Midwestern Insurance Company | 19011 | 73-0559507 | OK |
| Traders & General Insurance Company | 38857 | 75-1728969 | TX |
| Traders & Pacific Insurance Company | 41718 | 75-1844564 | DE |
| United Security Insurance Company | 21776 | 42-0712923 | IA |
| Western States Insurance Company<br>(Previously CGU Insurance Company of Illinois) | 15385 | 36-2738349 | IL |
| York Insurance Company of Maine<br>(Previously Commercial Union York Insurance Company) | 31267 | 01-0286287 | ME |