| COUNTY OF SOUTHERN DISTRICT OF NEW YORK | UNITED STATES DISTRICT COURT |
|---|---|

# 24994

ONE BEACON INSURANCE COMPANY A/SO APPLIED BUILDING DEVELOPMENT OF NEW YORK, INC.,

                against

Plaintiff(s)

INDEX# 06 CV 5629
Date filed 7/26/2006

COMBINED ENERGY SERVICES, INC.,

                Defendant(s)

STATE OF NEW YORK            COUNTY OF ALBANY     57552

# SECRETARY OF STATE - AFFIDAVIT OF SERVICE

**PAUL SANTSPREE JR.** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on **8/3/2006** at **4:09 P.M.**, at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he served a true copy of a

**SUMMONS IN A CIVIL CASE, COMPLAINT, and RULE 7.1 STATEMENT**

on **COMBINED ENERGY SERVICES, INC.**, **Defendant** in this action.

By delivering to and leaving with **AMY LESCH**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

**Description**  Description of the Recipient is as follows:

A Female with White skin, Blonde hair, who is approximately 37 years of age and has an approximate height of 5' 7" and approximate weight of 175 pounds.

Other identifying features are as follows: Glasses.

_PAUL SANTSPREE JR._
Process Server

State of New York
County of Albany

Sworn to before me on this _3_ day of _AUGUST_, 2006

_Notary Public_

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualfied in Albany County
Commission Expires August 7, 2009

Barbara M. Santspree
Notary Public, State of New York
No. 01SA6071764
Qualified in Albany County
Commission Expires March 25, 2010

Universal Lawyers Service Inc. - 93 E MAIN ST - BAY SHORE, NY 11706-8305 - (631)666-6168