UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

One Beacon Insurance Company, as subrogor of
Applied Building Development of New York, Inc,

           Plaintiff,

- against -

Combined Energy Services, Inc.,

           Defendant.
----------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 5 2007

06 Civ. 5629 (PAC)

**TRANSFER ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

The claims in the above-captioned case arose out of an occurrence in New Windsor, New York in Orange County. The plaintiff's principle place of business is in Boston, Massachusetts, while defendant's principle place of business is located in Monticello, New York, in Sullivan County. Accordingly, the Clerk of Court is directed to reassign the above-captioned case to the United States District Court in White Plains, New York, pursuant to Rule 21(a)(i) of the Rules for the Division of Business Among District Judges in the Southern District of New York.

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

Dated:   New York, New York
         September 5, 2007