# LAW OFFICE OF THOMAS K. MOORE

J. David Aikman
Rik A. Bachman
Gary M. Bell
Howard T. Code
Patrick Colligan
Neil B. Dinces
Walter J. Fallon, Jr.
Bonnie L. Fisher
Michael J. Hickey

ATTORNEYS AT LAW
701 Westchester Avenue – Suite 101W
White Plains, New York 10604
(914) 285-8500

FACSIMILE (914) 285-8510

SERVICE BY FAX IS NOT AUTHORIZED

Christopher R. Ingrassia
Nick Migliaccio
Thomas K. Moore
Joseph M. Nico
Brian J. Powers
Maria Sestito
Joseph V. Tejeiro
Roula Theofanis

**MEMO ENDORSED**

_Indemnity Company_
_alty Affiliates_

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

March 3, 2008

Honorable Judge Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   One Beacon Insurance v. Combined Energy Services
      Docket No.:  06 CV5629

Dear Judge Karas:

   Let this confirm that my law office represents defendant Combined Energy Services in the above action.

   The parties have been engaging in discovery exchange at this time, but would appreciate the Court's assistance in the scheduling of outstanding discovery, including the scheduling of depositions at a scheduled court conference. Thank you for your consideration in this regard. Please contact me at 914-285-8557 with any questions or concerns.

Very truly yours,

Rik A. Bachman (4625)

RAB/pb

CC:
Sheps Law Group
36 Pinelawn Road
Suite 106 East
Melville, New York 11747

The Court already has scheduled a conference for March 19, 2008, at 2pm. Counsel for Combined Energy Services is to file a notice of appearance forthwith.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
3/4/08