UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

One Beacon Insurance Company,

               Plaintiff(s),                       06 Civ. 5629 (KMK) (LMS)

-against-                                  ORDER OF REFERENCE
                                                    TO A MAGISTRATE JUDGE

Combined Energy Services, Inc.,

               Defendant(s).

------------------------------------------------------------X

The above entitled action is referred to the Honorable Lisa M. Smith, United States Magistrate Judge for the following purpose(s):

  ✓  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

  ___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

  ___  Specific Non-Dispositive Motion/Dispute:*

  ___  Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

        Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

  ___  Habeas Corpus

  ___  Social Security

  ___  Settlement*

  ___  Dispositive Motion (i.e., motion requiring a Report and Recommendation

  ___  Inquest After Default/Damages Hearing

        Particular Motion:_____

        All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: March 14, 2008

SO ORDERED

Hon. Kenneth M. Karas
United States District Judge

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _____ |