**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

March 17, 2008

**SCHEDULING ORDER**
06CV5629(KMK)(LMS)

Robert Charles Sheps
Sheps Law Group, P.C.
35 Pinelawn Road, Suite 106 East
Melville, NY 11747

Rik Andrew Bachman
Law Office of Patrick Colligan
701 Westchester Avenue, Ste. 101W
White Plains, NY 10604

MAR 17 2008

The matter of    **ONE BEACON-V-COMBINED**  has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **April 8, 2008** at 11:15AM in Courtroom 420.

Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

So Ordered:

*[signature]*

Lisa Margaret Smith
United States Magistrate Judge