UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ONE BEACON INSURANCE COMPANY a/s/o
Applied Building Development of New York, Inc.,



                          Plaintiff,

      -against-                              Docket #: 06 CV 5629

COMBINED ENERGY SERVICES, INC.,

                        Defendant.
-----------------------------------------------------------------X   THIRD-PARTY
COMBINED ENERGY SERVICES, INC.,             <u>SUMMONS</u>

               Third-Party Plaintiff,

     -against-

SHUBACK DRYWALL and WILLIAM TRAVERS,

             Third-Party Defendants.
-----------------------------------------------------------------X

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE June 25, 2008 |
|---|---|
| NAME OF SERVER Laureen Fitzgerald | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: <u>Business address/home address of Shuback Drywall by Anne Shuback, 440 Black Meadow Road, Chester, NY 10918</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>June 27, 2008</u>    
            Date                    Signature of Server
                                    Compass Adjusters & Investigators
                                    96 Haarlem Avenue
                                    White Plains, NY 10603