MSA8110
**UNITED STATES DISCTRICT COURT**
**SOURTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ONE BEACON INSURANCE COMPANY a/s/o Applied Building Development of New York, Inc., | ECF CASE |
| Plaintiff, | **RULE 7.1 STATEMENT** |
| -against- | Index No.: 06 CV 5629 |
| COMBINED ENERGY SERVICES, INC., | |
| Defendant, | |
| ------------------------------------------------------------------X | |
| COMBINED ENERGY SERVICES, INC., | |
| Third-Party Plaintiff, | Third-Party Index No.: |
| -against- | |
| SHUBACK DRYWALL and WILLIAM TRAVERS, | |
| Third-Party Defendants. | |
| ------------------------------------------------------------------X | |

  Pursurant to Federal Rule of Civil Procedure 7.1 (Formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for William Travers (a private non-government party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held.

None.

Date: 7/10/08                  \s\
                             Signature of Attorney

                             Attorney Bar Code: MA9401

To:    Law Office of Thomas K. Moore
Attorneys for Defendant/Third-Party Plaintiff
COMBINED ENERGY SERVICES, INC.
701 Westchester Avenue-Suite 101W
White Plains, New York 10604

Shuback Drywall
Third-Party Defendant
440 Black Meadow Road
Chester, New York 10918

Sheps Law Group
Attorneys for Plaintiff
35 Pinelawn Road-Suite 106E
Melville, New York 11747
(631) 249-5600

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Rule 7.1 Statement, by Michael Armienti was mailed by First Class mail, postage prepaid this July 10, 2008 to all counsel of record as indicated on the service list below. .

    Law Office of Thomas K. Moore
    Attorneys for Defendant/Third-Party Plaintiff
    COMBINED ENERGY SERVICES, INC.
    701 Westchester Avenue-Suite 101W
    White Plains, New York 10604

    Shuback Drywall
    Third-Party Defendant
    440 Black Meadow Road
    Chester, New York 10918

    Sheps Law Group
    Attorneys for Plaintiff
    35 Pinelawn Road-Suite 106E
    Melville, New York 11747
    (631) 249-5600

    \s\
MICHAEL ARMIENTI (MA9401)

MSA 8110
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


ONE BEACON INSURANCE COMPANY a/s/o Applied Building Development of New York, Inc.,

               *Plaintiff,*

  -*against*-

COMBINED ENERGY SERVICES, INC.,

               *Defendant.*


COMBINED ENERGY SERVICES, INC.,

               *Third-Party Plaintiff,*

  -*against*-

SHUBACK DRYWALL and WILLIAM TRAVERS.

               *Third-Party Defendants.*


**RULE 7.1 STATEMENT**


**ARMIENTI, DeBELLIS, GUGLIELMO & RHODEN, LLP**
*Attorneys for Third-Party Defendant*
**WILLIAM TRAVERS**
Office & P.O. Address
44 Wall Street, 18th Floor
New York, New York  10005-2401
(212) 809-7074