UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ONE BEACON INSURANCE COMPANY a/s/o Applied
Building Development of New York, Inc.,

                              Plaintiff,                          Docket No.: 06 CV 5629

   -against-

COMBINED ENERGY SERVICES, INC.,             **RULE 7.1 CORPORATE**
                                                                          **DISCLOSURE STATEMENT**

                            Defendant.
------------------------------------------------------------------X
COMBINED ENERGY SERVICES, INC.,

              Third-Party Plaintiff,

   -against-

SHUBACK DRYWALL and WILLIAM TRAVERS,

              Third-Party Defendants.
------------------------------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1 (formally local general Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SHUBACK DRYWALL, (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly.

Dated: Elmsford, New York
       July 15, 2008

                                                  Yours, etc.,
                                                  LAW OFFICES OF DONALD L. FRUM

                                                  By:_____
                                                  Paul S. Zilberfein, Esq. (7462)
                                                  *Attorneys for Third-Party Defendant*
                                                  SHUBACK DRYWALL
                                                  565 Taxter Road - Suite 150
                                                  Elmsford, NY 10523
                                                  914-347-5522

To:

| | | |
|---|---|---|
| Rik A. Bachman, Esq. (4625)<br>Law Office of Thomas K. Moore<br>*Attorneys for Deft/Third-Party Pltf*<br>COMBINED ENGERGY SVCS. INC.<br>701 Westchester Avenue, Suite 101W<br>White Plains, NY 10604<br>914-285-8500 | Sheps Law Group<br>*Attorneys for Plaintiff*<br>35 Pinelawn Road, Suite 106E<br>Melville, NY 11747<br>631-249-5600 | William Travers<br>*Third-Party Defendant*<br>2241 Mount Hope Road<br>Middletown, NY 10940 |

## *ATTORNEY AFFIRMATION OF SERVICE*

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF WESTCHESTER        )

Paul S. Zilberfein, Esq., an attorney duly admitted to practice law in the State of New York affirms the truth of the following under penalty of perjury:

On July 15, 2008, I served a true copy of the annexed:

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

in the following manner: By mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

| | | |
|---|---|---|
| Rik A. Bachman, Esq. (4625) | Sheps Law Group | William Travers |
| Law Office of Thomas K. Moore | *Attorneys for Plaintiff* | *Third-Party Defendant* |
| *Attorneys for Deft/Third-Party Pltf* | 35 Pinelawn Road, Suite 106E | 2241 Mount Hope Road |
| COMBINED ENGERGY SVCS. INC. | Melville, NY 11747 | Middletown, NY 10940 |
| 701 Westchester Avenue, Suite 101W | 631-249-5600 | |
| White Plains, NY 10604 | | |
| 914-285-8500 | | |

Dated: Elmsford, New York
       July 15, 2008

_____
Paul S. Zilberfein, Esq.

*Index Number*: 06 CV 5629     *Year*: **2006**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===

ONE BEACON INSURANCE COMPANY a/s/o
Applied Building Development of New York, Inc.,

                    *Plaintiff,*

-against-

COMBINED ENERGY SERVICES, INC.,

                    *Defendant.*
----------------------------------------------------------------X
COMBINED ENERGY SERVICES, INC.,

                    *Third-Party Plaintiff,*

-against-

SHUBACK DRYWALL and WILLIAM TRAVERS,

                    *Third-Party Defendants.*

===

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

===

# LAW OFFICES OF DONALD L. FRUM
*Attorneys for Third-Party Defendant*
SHUBACK DRYWALL
**565 TAXTER ROAD - SUITE 150
ELMSFORD, NEW YORK 10523
(914) 347-5522**

===

To:

| | | |
|---|---|---|
| Rik A. Bachman, Esq. (4625)<br>Law Office of Thomas K. Moore<br>*Attorneys for Deft/Third-Party Pltf*<br>COMBINED ENGERGY SVCS. INC.<br>701 Westchester Avenue, Suite 101W<br>White Plains, NY 10604<br>914-285-8500 | Sheps Law Group<br>*Attorneys for Plaintiff*<br>35 Pinelawn Road, Suite 106E<br>Melville, NY 11747<br>631-249-5600 | William Travers<br>Third-Party Defendant<br>2241 Mount Hope Road<br>Middletown, NY 10940 |